**THIS ORDER IS APPROVED.**

**Dated: April 23, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.** |
| 2 | 3300 N. Central Avenue, #2200<br>Phoenix, Arizona 85012 |
| 3 | (602) 222-5711<br>(602) 222-5701 Facsimile |
| 4 | (847) 627-8802 Facsimile<br>AZNotices@logs.com, e-mail |
| 5 | Christopher R. Perry, Bar #009801<br>Jason P. Sherman, Bar #019999 |
| 6 | Attorney for JPMorgan Chase Bank, N. A.<br>[FILE 10-002042 CHE] |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>KRISTEN T. GALLAGHER,<br><br>    Debtor. | Case # 4:10-bk-03697-JMM<br><br>Chapter 7 Proceedings |
| JPMorgan Chase Bank, N. A.,<br>its assignees and / or<br>successors in interest,<br>    Movant,<br><br>v.<br><br>KRISTEN T. GALLAGHER, Debtor,<br>and Chapter 7 Trustee Trudy A.<br>Nowak,<br>    Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>8333 East Calexico Street<br>Tucson, AZ 85730 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N. A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 8333 East Calexico Street, Tucson, AZ 85730 and legally described as:

> LOT 19 OF LAKECREST NO. 5, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE PIMA COUNTY RECORDER IN BOOK 25 OF MAPS AND PLATS AT PAGE 41

2. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
James M. Marlar
U. S. Bankruptcy Court Judge